■ EAST END OWNERS CORP. v ROC-EAST END ASSOCIATES.— Motion for reargument denied, and *sua sponte* the appellant is granted leave, to appeal to the Court of Appeals as indicated. Concur—Sullivan, J. P., Carro, Asch, Rosenberger and Smith, JJ.